FILED by _____ D.C.

APR 18 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

AO 241 (Rev. 10/07)

Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

(original)

| United States District Court | District Southern District of Florida |
|---|---|
| Name (under which you were convicted): RICHARD CLYDE ALTHOUSE | Docket or Case No.: |
| Place of Confinement: Petitioner meets the "In Custody" requirement, but, is not in a place of confinement. On probation. | Prisoner No.: N/A |

| Petitioner (include the name under which you were convicted) RICHARD CLYDE ALTHOUSE | Respondent (authorized person having custody of petitioner) v. CLAY COX, CEO Professional Probation Services |
|---|---|
| The Attorney General of the State of FLORIDA | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   County Court of Palm Beach County, Florida, 15th Judicial Circuit
   205 North Dixie Highway, West Palm Beach, Florida, 33401

   (b) Criminal docket or case number (if you know): 2009MM009235

2. (a) Date of the judgment of conviction (if you know): October 21, 2009  **Sentence stayed pending appeals**

   (b) Date of sentencing: October 21, 2009

3. Length of sentence: Six (6) Months Probation

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   One Count Information (1) - Florida Statute 837.06
                                False Official Statements
   "Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree."

6. (a) What was your plea? (Check one)
   
   ☒ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

AO 241 (Rev. 12/04)

Page 3

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

        N/A

    (c) If you went to trial, what kind of trial did you have? (Check one)

      ☐ Jury    ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

      ☐ Yes    ☒ No

8. Did you appeal from the judgment of conviction?

      ☐ Yes    ☒ No

9. If you did appeal, answer the following:

    (a) Name of court: Circuit Court of the 15th Judicial Circuit-Appellate Division

    (b) Docket or case number (if you know): 2009AP900088

    (c) Result: Affirmed Per Curiam

    (d) Date of result (if you know): Opinion 8/29/11 Mandate filed 10/12/11

    (e) Citation to the case (if you know): I don't think there's a cite; just case number

    (f) Grounds raised:

I. The State presented INSUFFICIENT EVIDENCE that Petitioner was not the proper defendant in a parking citation case in which Petitioner filed written statements which the Respondent claimed were false and made with the intent to mislead a public servant in the performance of an official duty.
II. The State presented INSUFFICIENT CIRCUMSTANTIAL EVIDENCE that Petitioner made a written false statement with the intent to mislead a public servant in the performance of their official duty.
III. The trial court erred in considering FACTS NOT IN EVIDENCE.

    (g) Did you seek further review by a higher state court? ☐ Yes  ☒ No

Appellate Court affirmed Per Curiam. No right to Certiorari.

If yes, answer the following:

      (1) Name of court:

      (2) Docket or case number (if you know):

      (3) Result:

      (4) Date of result (if you know):

AO 241
(Rev. 12/04)

Page 4

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: **County Court of Palm Beach County-Trial Court**

(2) Docket or case number (if you know): **2009MM009235-Original Trial CaseNo.**

(3) Date of filing (if you know): **August 18, 2009**

(4) Nature of the proceeding: **Written, post-trial, Motion for Judgment of Acquittal and Memorandum of Law. NO HEARING ON MATTER**

(5) Grounds raised:
**State failed to prove the elements of the offense charged in the Information, specifically, that no public servant testified that they were misled in their official duty by any of the alleged written statements made by Petitioner.**

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result:

(8) Date of result (if you know):

AO 241 (Rev. 12/04)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Circuit Court of the 15th Judicial Circuit-Apellate Division

(2) Docket or case number (if you know): 2009AP900088

(3) Date of filing (if you know): September 9, 2011

(4) Nature of the proceeding: Motion For Rehearing (request for opinion) **DENIED**

(5) Grounds raised: (I) The fact that the Appellate Court, just as the trial court did, had overlooked the fact that the prosecutor had not proven that the Petitioner had not parked the car which received the citation and led to the Petitioner being criminally charged and convicted.
(II) The fact that the Appellate Court, as did the trial court, had overlooked the or misapprehended the meaning of Florida Statute 316.1967(1) which required the owner of the vehicle receiving the citation to file an affidavit, and not the operator of the vehicle, to wit, Petitioner.
(III) A request for an opinion o so that Petitioner could have requested a Writ of Certiorari from the Fourth District Court of Appeals.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

AO 241 (Rev. 12/04)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☒ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☒ No

(2) Second petition: ☐ Yes ☒ No

(3) Third petition: ☐ Yes ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Couldn't provceed further as the appellate courts never issued an opinion in direct appeal nor in appeal of denial of post-conviction relief motion.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Conviction was obtained in violation of Defendant's right to Due Process as the government did not prove beyond a reasonable doubt all of the elements of the crime charged.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

This case arose out of a parking citation issued to a motor vehicle, not a person. The officer who issued the citation testified that he did not see who parked the motor vehicle. In both of their post-trial briefs, each party referred to Florida Statute 316.1967(1), which requires **the owner** of a motor vehicle to file an affidavit with the law enforcement agency issuing the parking citation, **if** there is a disupute as to whom actually parked the vehicle. The state never presented testimony or evidence that an affidavit had not been filed. During the argument for judgment of acquittal, the judge admitted that the state had not proven who parked the car, yet, in his oral pronouncement of guilt stated that the defendant had not followed the procedure in 316.1967(1), to wit, an affidavt had not been filed, yet defendant **is not** the owner of the car

(b) If you did not exhaust your state remedies on Ground One, explain why:
Defendant exhausted all of his state remedies and has been forced to bother the Federal Courts with this matter.

AO 241
(Rev. 12/04)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
(4) Did you appeal from the denial of your motion or petition?  N/A  ☐ Yes  ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: Issue was raised in direct appeal. Appellate court issued a Per Curam Affirmance.

AO 241 (Rev. 12/04)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

N/A. Defendant exhausted all of his state remedies

GROUND TWO: Conviction was obtained in violation of defendant's right to due process was as the government did not present sufficient evidence that defendant had misled a public servant in the performance of his or her official duties.

(a) Supporting facts (Do not argue or cite the law. Just state the specific facts that support your claim.):

While ther are not any jury instructions for the offense which the defendant is charged with violationg, F.S. 837.06, in the light most favorable to the government, defendant defers to the prosecutor's interpretation as: (1) defendant unlawfully and knowingly made a false statement; (2) the false statement was in writing; and (3) the statement was made with the intent to mislead a public servant in the performance of his or her official duties. The Information **did not** name a public servant. No public servant testified that they were misled by anything the defendant said or filed.
Without a public servant testifying that they were misled in the performance of thier official duties, a lawful conviction could not be had.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

Defendant exhausted all of his state remedies.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   x☒ Yes   ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   x☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241 (Rev. 12/04)

Page 9

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
Issue was raised in direct appeal and cannot be raised in a post-conviction proceeding.

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

**GROUND THREE:** Conviction was obtained in violation of defendant's righ to due process as, in a mixed question of fact and law, the trial judge considered facts not in evidence and made an in-correct interpretation of F.S. 316.1967(1).

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
During the trial, neither pary even mentioned F.S. 316.1967(1), nor was any testimony made regarding an affidavit being filed or not, yet, in his oral finding of guilt, the judge stated that the procedure in 316.1967(1) had not been followed. If there was not any testimony or evidence of an affidavit being filed or not being filed, the trial judge could not have made a lawful finding of guilt. Additionally, 316.1967(1) requires the owner of the vehicle to file the affidavit, **not** the operator of the vehicle. Defendant is/was not the owner of the vehiucle which received the citation.

◈AO 241 (Rev. 12/04)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No  Cannot raise issue in post-conviction matter which was raised already in direct appeal.

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** Defendant's conviction was obtained in violation of his right to due process due to the prosecutor committing a **Brady** violation by willfully suppressing evidene that was favorable and exculpatory to defendant amd was material.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During the lunch recesss at defendant's trial, the owner of the vehicle which received the parking citation, JESSIE JACKSON, made an oral statement to the prosecutor that the defendant had been driving the motor vehicle which received the parking citation. The prosecutor never revealed this statement to defendant's trial counsel. This exculpatory statement could have been used in cross examination, or in direct examination of witness in defendant's case. Reminding this Court that the goverment never proved who parked the car which received the citation, nor that defendant had not parked the vehicle, any statment that defendant had been driving the cited vehicle would have been relevantr, material and exculpatroy and favorable to defendant.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

Defendant exhauseted all of his state remedies.

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

Defendant did not learn of this issue until the drafting of his direct appeal. Prosecutor failed to disclose this information.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: 3.850 Postconviction Motion to Vacate

AO 241                                                                                                 Page 12
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:
The original trial court at Palm Beach County Courthouse
205 North Dixie Highway, West Palm Beach, Florida, 33401

Docket or case number (if you know):
Original case number  09MM009235

Date of the court's decision:
February 29, 2012

Result (attach a copy of the court's opinion or order, if available):

SEE EXHIBIT "G"

(3) Did you receive a hearing on your motion or petition?     ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
Circuit Court of the 15th Judicial Circuit-Appellate Division
205 North Dixie Highway, West Palm Beach, Florida 33401

Docket or case number (if you know): 2012AP900029

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

Affirmed Per Curiam-without hearing or opinion

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

%AO 241 (Rev. 12/04)

Page 13

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

   NO

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

AO 241 (Rev. 12/04)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: N/A

(b) At arraignment and plea: Pro Se

(c) At trial: Dean L. Willbur, Jr., P.A. 11380 Prosperity Farms Rd. Suite 110A, Palm Beach Gardens, Florida, 33410

(d) At sentencing: Dean L. Willbur, Jr.

(e) On appeal: Pro Se

(f) In any post-conviction proceeding: Pro Se

(g) On appeal from any ruling against you in a post-conviction proceeding: Pro Se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Petition is timely sa the Mandate issued for the post conviction motion was March 22, 2013.

✎AO 241                                                                                                                                         Page 15
(Rev. 12/04)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 10/07)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

Reverse the conviction and remand to the trial court with instructions to enter a judgment of acquittal.

or any other relief to which petitioner may be entitled.

*[signature]*

RICHARD CLYDE ALTHOUSE, Pro Se
Signature of Attorney (if any)

Post Office Box 18201
West Palm Beach, Florida 33416

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the ~~prison~~ U.S.P.S mailing system on April 18, 2013 (month, date, year).

Executed (signed) on April 18, 2013 (date).

*[signature]*

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.